IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT M. THOMPSON,<br>   Petitioner | )<br>)<br>) |
| vs. | ) Civil Action No. 04-1464<br>) Judge Gary L. Lancaster/ |
| THE DISTRICT ATTORNEY OF THE<br>COUNTY OF ALLEGHENY; THE<br>ATTORNEY GENERAL OF THE STATE<br>OF PENNSYLVANIA,<br>   Respondents | ) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 14th day of July, 2005, after the petitioner, Robert M. Thompson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and petitioner having filed objections, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS ORDERED that the Petition for Writ of Habeas Corpus is denied;

  IT IS FURTHER ORDERED that a certificate of appealability is denied.

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                _____
                United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Chris Rand Eyster, Esq.
100 Ross Street
Suite 304
Pittsburgh, PA 15219-2013

Ronald M. Wabby,
Assistant District Attorney
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219